**Ramone Antonio KENAN, Petitioner—Appellant,**

v.

**UNITED STATES GOVERNMENT, Respondent—Appellee.**

**No. 05–7885.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 26, 2006.

Ramone Antonio Kenan, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ramone Antonio Kenan, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kenan v. United States Gov't,* No. CA–04–144–1 (N.D.W.Va. July 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*